UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 16, 2012

MEMO TO COUNSEL RE: James Gamble v. Fradkin & Weber
Civil No. JFM-11-1779

Dear Counsel:

    This will confirm, as we discussed during the conference held today that I will ask that this matter be referred to a magistrate judge for the purpose of presiding over a settlement hearing.

Very truly yours,
/s/

J. Frederick Motz
United States District Judge